UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
MARK MARVIN, :
:
: 
               Plaintiff, :
: 24-cv-4362 (LJL)
-v- :
: ORDER
THE STATE OF NEW YORK, :
:
               Defendant. :
:
------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      The Initial Pretrial Conference previously scheduled for October 16, 2024 at 2:00PM is CANCELLED and adjourned sine die (without a new date).


SO ORDERED.

Dated: October 11, 2024
       New York, New York

                                                  LEWIS J. LIMAN
                                        United States District Judge